# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO: Counsel of Record  
      Manisha S. Garner, U.S. Probation Officer

FROM: Judge Roger W. Titus

RE: *USA v. Needleman*  
      Criminal No. RWT-11-449

DATE: October 19, 2011

\* \* \* \* \* \* \* \* \*

On October 6, 2011, the probation officer asked for an extension with respect to the presentence report, objections, and revisions because defense counsel was not available for an interview.

Accordingly on or before **October 25, 2011**, the Probation Officer shall serve two copies of the presentence report upon counsel for the Defendant. On or before **November 8, 2011**, the counsel shall submit their objections in writing to the Probation Officer. On or before **November 15, 2011**, the Probation Officer shall serve two copies of any revisions and addendum upon counsel for the Defendant. All other dates in this Court's September 1, 2011, Sentencing Order remain in effect.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                            /s/  
                                     Roger W. Titus  
                                     United States District Judge